United States Courts
Southern District of Texas
FILED

SEP 28 2018

David J. Bradley, Clerk of Court

Status: Sovereign
The King/Morocco
3519 Garfield Street   unit A
Houston, TX 77004


United States District Court, Southern District of Texas
State of Texas
P.O Box 61010
Houston, TX 77208

Allow the record to reflect ALL documents listed herein.
For the record, allow the record to show, ALL documents listed herein.

Royal Decree

The King/Morocco
Propria Persona
Federal
Aboriginal
Indigenous
Sovereign
Sui Juris



Government Filings
P.O. Box 13193
Austin, Texas 78711-3193

Rolando B. Pablos
Secretary of State

## Office of the Secretary of State
Packing Slip

August 08, 2018

Attn: The King/Morocco
Government Filings Walker- August 2018
1019 Brazos
Austin, TX 78701

Batch Number: **82994525**
Client ID: **667521320**

Batch Date: **August 08, 2018**
Return Method: **Delivery Service Walker**

| Document Number | Document Detail | Fee |
|---|---|---|
| 829945250002 | Authentication Certificate Qty=3 United States | $45.00 |
| | **Total Fees:** | **$45.00** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Cash | Received | 82994525 | $45.00 |
| | | **Total Payments:** | **$45.00** |

**Total Amount Charged to Client Account: $0.00**

*Note to Customer Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: EMGARCIA

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: (512) 463-5705    FAX: (512) 463-5255    Dial: 7-1-1 for Relay Services

**Affidavit of Enforcement and Exercise**

**Status: Sovereign**  **Federal**  **Propria Persona**

I Am The King/Morocco

Sui Juris

I Am Law

All Law

Special Appearance

I **Enforce and Exercise** the **Treaty of Tripoli.**

I **Enforce and Exercise** the **Constitution of Morocco.**

Article 2

Sovereignty belongs to the Nation which exercises it directly, by way of referendum, and indirectly, by the intermediary of its representatives.

Article 3

Islam is the religion of the state, which guarantees to all the free exercise of beliefs. I Self Law Am Master.

- I Am The King/Morocco not a religion.
  I Am The King/ Morocco not religious.
  I Am Law
  All Law
  I Love Allah, Jehovah, Yahweh.
  Jesus Christ died for me.
  I Am The King/Morocco
  Indigenous, Aboriginal, Sovereign.
  Status: Sovereign
  Royal Decree

**I Enforce and Exercise the "United Nations Declaration of the Rights of Indigenous People"**

Article 1

Indigenous peoples have the right to full enjoyment as a collective as individuals, of all human rights and fundamental freedoms as recognized in the "Charter of the United Nations", the "Universal Declaration of Human Rights" and "International Human Rights Law".

Article 2

Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

Article 3

Indigenous peoples have the right to self-determination by virtue of that right to freely determine their political status and freely pursue their economic, social and cultural development.

- I Am The King/Morocco Enforce and Exercise my right, to Enforce law, only those in sovereign capacity can Enforce or Exercise law. I Enforce and Exercise my rights to freely determine my political status. I Exercise my right to Enforce Law as Governor of Texas.

The King/Morocco exercise full capacity of Governors of the United States of America, and The United States Corporation. I Am Aboriginal, Indigenous, Sovereign Capacity.

I Am The King/Morocco exercise full rights to economic, social and cultural development. The State of Texas is my Jurisdiction. Harris County is in my jurisdiction. Texas is in my jurisdiction. I Am All Law.

Article 4

Indigenous people, in exercising their right to self- determination, have the right to autonomy of self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

- I Am The King/Morocco have the right to self-government. I have the right to financing autonomous functions. I demand federal funding for my self-governing functions. I demand all property due to me as aboriginal, and indigenous. Sovereign.

Article 5

Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions while retaining their right to participate fully, if they so choose, in the political economic, social and cultural life of the state.

-I Am The King/Morocco Exercise my right to participate in political, economic, social and cultural life of the state. I demand certified copies of All property in the Jurisdiction of Texas, Harris County, the United States of America, and the United States Corporation.
The King/Morocco exercise rights as Chief, Executive Chief, Chief Executive, Head of Government, Governor of Texas.
I Am All Law
Royal Decree

Article 43

The rights recognized herein Constitutes the minimum standards for the survival, dignity and well-being of the indigenous peoples of the world.


**I Enforce and Exercise** the **United States Constitution Article 6**.
For the record, let the record show.

I Am The King/Morocco exercise my right to Sovereignty. The State of Texas, Harris County, Texas State, the United States and all property thereof will acknowledge my sovereignty and respect my sovereignty with no discrimination or prejudice. All corporations under oath of the flag of amity and commerce, the treaty of peace and friendship, is in my jurisdiction.

All corporations in my jurisdiction in the State of Texas, Texas State, Harris County, United States, and all property thereof will provide service to my nation as mandatory complementary services.
The King/Morocco

All Mandatory complementary services will be communicated by phone, email, letter, this affidavit, an affidavit, special appearance, physical appearance, etc.
It is mandatory that this affidavit be demonstrated at all corporations in my Jurisdiction in the State of Texas, Texas State, Harris County, the United States Corporation, and the United States of America.
The King/Morocco

For the Record
Let the Record Show
Status: Sovereign
Propria Persona
Sui Juris

I Am The King/Morocco exercise my right as Chief, Executive Chief, Governor of Texas. The King in Harris County. I demand Federal Transportation, Federal Security, Federal Travels, Federal Funding, Federal Housing etc; Complementary of the Corporations in my jurisdiction, the United States of America, and United States Corporation.



# The State of Texas
## Secretary of State

I, Rolando B. Pablos, Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office,

## MANUEL GUEVARA

was commissioned as a Notary Public for the State of Texas on July 23, 2015, for a term ending on July 23, 2019.

Issued: August 8, 2018
Certificate Number 11592901



Rolando B. Pablos
Secretary of State
GF/eg

I Enforce and Exercise the "Charter of the United Nations".

I Enforce and Exercise the "Universal Declaration of Human Rights".

I Enforce and Exercise the "International Human Rights Law".

I Enforce and Exercise the "International Convention on the Suppression and Punishment of the Crime Apartheid".

I Enforce and Exercise the Uniform Commercial Code 1-308. Performance or acceptance under reservation of rights. (1) A party who, with explicit reservation of rights, performs or promises performance or assents to performance in a manner demanded by the other party does not prejudice the rights reserved.

I Am The King/Morocco Exercise and Enforce United States Code Title 28 subsection 1746.

I Exercise and Enforce my rights as Sovereign and as Chief Executive, Executive Chief, and Governor of Texas. This Royal Decree is a Federal record, State record, County record, Parish record, World record, and Public record.

This Royal Decree will have full media coverage, state, local, and federal. All local publications and private media outlets will exhibit this function and affidavit.

I Enforce and Exercise the Constitution of Morocco.

Article 95

The King can demand of the two chambers of Parliament that they must proceed to a new reading of any bill or proposal of law.
The demand of a new reading is formulated by message. The new meeting may not be refused.

I Am The King/Morocco this affidavit is also a formulated message, I Am The King/Morocco demand a meeting with the two chambers of Parliament on September 14, 2018.

Autograph: _The King/Morocco_ Sui Juris, This affidavit is Dated: _8-8-18_

State: _Texas_
County: _Harris_
Under Oath: _Manuel Guevara_ (Print Name)

Notary Public

**MANUEL GUEVARA**
Notary Public, State Of Texas
Comm. Expires 07-23-2019
Notary ID # 12451606-6

_Manuel Guevara_
Notary Public

_July 23, 2019_
My Commission Expires

_August 8-2018_
Date

Page 4 of 4



# The State of Texas

## Secretary of State

I, Rolando B. Pablos, Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office,

**SONIA MARIE TALAMANTES**

was commissioned as a Notary Public for the State of Texas on August 23, 2017, for a term ending on August 23, 2021.

Issued: August 8, 2018
Certificate Number 11592919



Rolando B. Pablos
Secretary of State
GF/eg

## Affidavit of Sovereignty

**Status: Sovereign**                **Federal**                **Propria Persona**

I Am The King/Morocco

I Am Sovereign Capacity

All Law

**I enforce and exercise** the Treaty of Tripoli.

**I enforce and exercise** the Constitution of Morocco.

**I enforce and exercise** the United Nations Declaration on the Rights of Indigenous People.

**I enforce and exercise** the United States Constitution Article 6.

**I enforce and exercise** the UCC 1-308. Performance or acceptance under reservation of rights. (1) A party who, with explicit reservation of rights, performs or promises performance or assents to performance in a manner demanded by the other party does not thereby prejudice the rights reserved.

Autograph _The King/Morocco_ Sui Juris, This Affidavit is dated _7/13/18_

Notary Public

State: _TEXAS_

County: _HARRIS_

Under Oath _Myron Gerard Jr Simms_ (Print Name)

_7/13/18_

Notary Public                                                                                    Date

[Notary Seal: SONIA MARIE TALAMANTES, Notary Public, State of Texas, Comm. Expires 08-23-2021, Notary ID 131256576]

My Commission Expires
_8/23/2021_



# The State of Texas
## Secretary of State

I, Rolando B. Pablos, Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office,

## ADINA AHRLETT

was commissioned as a Notary Public for the State of Texas on June 25, 2015, for a term ending on June 25, 2019.

Issued: August 8, 2018
Certificate Number 11592902



Rolando B. Pablos
Secretary of State
GF/eg

Power of Attorney Affidavit

State of: **Texas**          County of: **Harris**

Before me, a notary in the state of **Texas** personally appeared before **The King/Morocco**, after being duly sworn.

**The King/Morocco** Is the attorney-in-fact appointed by **Myron Grenard Simms JR.**
In a power of attorney dated: **8-3-18**

The undersigned declares that, at the time of transacting business on behalf of the principal, I have not received actual knowledge of the revocation of the said power of attorney.

The undersigned officer does hereby certify that on **August 3, 2018** **The King/Morocco** made a special appearance and identified himself as the person named in the affidavit above and executed the foregoing instrument.

_(signature)_
(Notary Public)

**6-25-19**
My Commission Expires

**The King/Morocco**
Autograph



ADINA AHRLETI
Notary Public, State of Texas
My Commission Expires
June 25, 2019

In the

## United States District Court, Southern District of Texas

State of Texas

515 Rusk St

Houston, Tx 77002

| | |
|---|---|
| Status: Sovereign | Moor |
| The King/Morocco | Aboriginal |
| Propria Persona | Indigenous |
| Federal | Al Moroccan |
| Sui Juris | I Self Law Am Master |

### Complaint

NORTHWEST CHRYSLER JEEP DODGE RAM(Inter-Alia)

19616 Northwest Fwy

Houston, TX 77065

(832) 912-2500

March 2015, I went into the dealership to speak with a manager regarding an employment opportunity. I was told by management at NORTHWEST CHRYSLER JEEP DODGE RAM that I would not be allowed the opportunity to be employed at NORTHWEST CHRYSLER JEEP DODGE RAM. I was not allowed an interview at NORTHWEST CHRYSLER JEEP DODGE RAM. The sales manager at NORTHWEST CHRYSLER JEEP DODGE RAM said that I do not qualify for a sales position because I didn't stay at my previous employer long enough. Who is he to determine how long I should be doing one task before I can "qualify" to do another? As if I'm limited in my capabilities, or as if I'm not worthy. I Am Aboriginal, I Am Indigenous. I Am Sovereign. Furthermore, considering that I Am aboriginal, Indigenous and Sovereign, this corporation NORTHWEST CHRYSLER JEEP DODGE RAM is in my Jurisdiction. This is discrimination, I went into NORTHWEST CHRYSLER JEEP DODGE RAM as a sales person WITH experience. I was denied an opportunity for employment. Other sales persons of European heritage, ethnicity, and backgrounds are allowed opportunities of employment at NORTHWEST CHRYSLER JEEP DODGE RAM with NO sales experience. It's very clear that because I Am African, Moorish, Aboriginal, Indigenous, Sovereign, Al Moroccan, Muur, Moor, I am being discriminated against by corporations and colonizers in this land of Morocco.

Page 1 of 3

I have been **discriminated** against by NORTHWEST CHRYSLER JEEP DODGE RAM. I have suffered *outstanding* "Punitive Damages", "Assumed Damages", "Actual Damages" and "Pain and Suffering".

My "Constitutional Rights", "Indigenous Rights", "Aboriginal Rights", "Sovereign Rights", "Human Rights" and "Lawful Rights", have been **violated** by NORTHWEST CHRYSLER JEEP DODGE RAM.

I have been **discriminated** against by NORTHWEST CHRYSLER JEEP DODGE RAM because of my **race, sex, age, national origin, genetic information, religion, marital status.**

The instruments that apply to this complaint are **"Laws", "Treaties", "Constitutions", "Declarations", and "Resolutions".**

"United States Constitution Article 6" reads, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all **Treaties** made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the **Judges in every State shall be bound thereby**, anything in the Constitution or Laws of any State to the Contrary notwithstanding".

**"Texas Constitution Article 1 Section 1 reads,**

A1. FREEDOM AND SOVEREIGNTY OF STATE. Texas is a free and independent State, subject only to the Constitution of the United States, and the maintenance of our free institutions and the perpetuity of the Union depend upon the preservation of the right of local self-government, unimpaired to all the States.

**"Texas Constitution Article 1 Section 2 reads,**

A2. INHERENT POLITICAL POWER; REPUBLICAN FORM OF GOVERNMENT. All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit. The faith of the people of Texas stands pledged to the preservation of a republican form of government, and, subject to this limitation only, they have at all times the inalienable right to alter, reform or abolish their government in such manner as they may think expedient.

**"Texas Constitution Article 1 Section 3 reads,**

A3. EQUAL RIGHTS. All free men, when they form a social compact, have equal rights, and no man, or set of men, is entitled to exclusive separate public emoluments, or privileges, but in consideration of public services.

**"Texas Constitution Article 1 Section 3 Subsection (A) reads,**

EQUALITY UNDER THE LAW. Equality under the law shall not be denied or abridged because of sex, race, color, creed, or national origin. This amendment is self-operative.

**All Treaties, Resolutions, Laws, Declarations, and Constitutions** listed herein have been **violated** by NORTHWEST CHRYSLER JEEP DODGE RAM

"Zodiac Constitution" ,"Charter of the United Nations", "Constitution of Morocco", "Texas Constitution Article 1, Section 1", "International Convention on the Suppression and Punishment of the Crime of Apartheid", "United Nations Declaration on the Rights of Indigenous People", "Universal Declaration of Human Rights", "United States Constitution Article 6", **"Treaty of Tripoli"**, "International Human Rights Law", "Uniform Commercial Code 1-308", "World Conference against Racism, Racial Discrimination, Xenophobia and Related Tolerance" , "United Nations Universal Realization of the Right of Peoples to Self-Determination", "United Nations Millennium Declaration", "World Summit on Social Development", "United Nations Rights of Indigenous Peoples Resolution 72/155", "United Nations Third International Decade for the Eradication of Colonialism", "United Nations Third International Decade of the Worlds Indigenous People".

### *Title 8 of the Civil Rights Act*

### *Genetic Information Non-Discrimination Act*

I Am The King/Morocco **"Enforce"** and **"Exercise" all documents, treaties, resolutions, laws, declarations** and **constitutions**, listed herein. All listed herein will be respected and honored by All "Government Officials", "Judicial Systems", "Judicial Officers", "Judicial Courts", "Law Enforcement", and All "Corporations" "Businesses" "Colonizers" and "Enterprises" within the Jurisdiction of the United States Union Inter-Alia.

Mailing Address

3519 Canfield Street Unit: A

Houston, TX 77004

Phone (832) 734-3658

Email: simmsenterprise0@gmail.com

Page 3 of 3

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Myron G. Simms, Jr.
10221 Plainfield Dr
New Orleans, LA 70127

From: New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Room 809
New Orleans, LA 70130

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2018-02137 | Uma Kandan, Enforcement Manager | (504) 595-2856 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Keith T. Hill,
Director

JUN 2 8 2018
(Date Mailed)

Enclosures(s)

cc: Elaine Witt
Human Resources Director
NORTHWEST CHRYSLER JEEP DODGE RAM
19616 Northwest Fwy
Houston, TX 77065

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit *before 7/1/10* – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number: 461-2018-02137

| | |
|---|---|
| **Personal Information** | First Name: Myron MI: G Last Name: Simms<br>Address: 19616 Northwest [illegible] DR Apt.:<br>City: New Orleans County: Orleans State: LA Zip Code: 70127<br>Phone: 504-390-1939 Home ☐ Work ☐ Cell ☑ Email: simmsenterprise@gmail.com |
| **Who do you think discriminated against you?** | Employer ☑ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: Northwest Chrysler Jeep Dodge Ram<br>Address: 19616 Northwest Fwy Suite:<br>City: Houston State: TX Zip Code: 77065 Phone: 832-912-2500 |
| **Why you think you were discriminated against?** | Race ☑ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐<br>Disability ☐ Genetic Information ☐ Retaliation ☐ Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of **most recent job action** you think was discriminatory: 03/2015<br>Also describe briefly **each job action** you think was discriminatory and when it happened (estimate).<br><br>I went into the dealership for an interview to get a job. I was not interviewed. I was told by the manager "I can't be hired because I didn't stay at the previous dealership long enough." He then said "I have a feeling I will be seeing you again" |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: [signed] Date: 6/5/18 |

RECEIVED-EEOC NEW ORLEANS FIELD OFFICE 2018 JUN 6



**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.